

FILED
CLERK, U.S. DISTRICT COURT

SEP - 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>MAURICIO HIGAREDA MAGALLON<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-MJ-00740-DUTY<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __9/3/2025__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Autumn D. Spaeth__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __09/02/2025__

**AUTUMN D. SPAETH**
_____
U.S. Magistrate Judge